**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01019-CV

### FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellant

### V.

### HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Appellants' April 30, 2015 "Motion for Evidence-Hearing on Appearance Day TRCP 238" is **DENIED**.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE